UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY TSOUKAS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:24 CV 58 CDP |
| ) | |
| AMERICAN FAMILY MUT. INS. CO., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Without objection from plaintiffs,

**IT IS HEREBY ORDERED** that defendant's motion for leave to file discovery responses out of time [22], which the Court construes as a motion for leave to serve discovery responses out of time given that discovery materials are not filed in this Court, *see* E.D. Mo. L.R. 3.02, is granted.

**IT IS FURTHER ORDERED** that plaintiffs' motion to compel [16] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2024.